UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMMANUEL ASHEMUKE,

                Petitioner,

    v.

ISRAEL JACQUEZ, Warden, Federal Detention Center SeaTac, *et al.*,

                Respondents.

Case No. C22-1320-JHC-SKV

ORDER STRIKING RESPONDENTS' MOTION TO FILE OVER-LENGTH BRIEF

This is a federal habeas action proceeding under 28 U.S.C. § 2241. On October 27, 2022, Respondents filed a motion to dismiss Petitioner's federal habeas petition, which is noted on the Court's calendar for consideration on November 18, 2022. Dkt. 9. Respondents filed together with their motion to dismiss a motion to file a brief in excess of the twelve-page limitation prescribed by Local Civil Rule ("LCR") 7(e)(2), noting therein that their motion to dismiss is fourteen pages in length. Dkt. 8. However, LCR 7(e)(2), by its terms, specifically applies to motions noted under LCR 7(d)(2). Respondents' motion to dismiss is a dispositive motion and therefore falls within the scope of LCR 7(d)(3) and LCR 7(e)(3). LCR 7(e)(3) provides that the page limitation for motions to dismiss is twenty-four pages, not twelve pages. Respondents'

ORDER STRIKING RESPONDENTS' MOTION
TO FILE OVER-LENGTH BRIEF - 1

motion to dismiss, as filed, therefore complies with the local rules which renders moot their request to file an over-length brief.

Accordingly, the Court hereby ORDERS as follows:

(1)   Respondents' motion to file an over-length brief (Dkt. 8) is STRICKEN as moot.

(2)   The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondents, and to the Honorable John H. Chun.

DATED this 31st day of October, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER STRIKING RESPONDENTS' MOTION
TO FILE OVER-LENGTH BRIEF - 2