UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMANUEL ASHEMUKE,<br><br>                      Petitioner,<br><br>    v.<br><br>ISRAEL JACQUEZ, Warden, Federal Detention Center SeaTac, *et al.*,<br><br>                      Respondents. | Case No. C22-1320-JHC<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    This federal habeas action is DISMISSED as moot.

    (3)    Respondents' motion to dismiss (Dkt. 9) is STRICKEN.

//

//

//

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4)     The Clerk is directed to send copies of this Order to all counsel of record and to Judge Vaughan.

DATED this 17th day of March, 2023.

JOHN H. CHUN
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2